IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 25–36–M–DLC |
| Plaintiff, | |
| vs. | ORDER |
| JONATHAN KEY TUCKER, | |
| Defendant. | |

Before the Court is United States Magistrate Judge Kathleen L. DeSoto's Findings & Recommendation Concerning Plea. (Doc. 36.) Because neither party objected, they are not entitled to *de novo* review. 28 U.S.C. § 636(b)(1); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003). Therefore, the Court reviews the Findings and Recommendation for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981). Clear error exists if the Court is left with a "definite and firm conviction that a mistake has been committed." *United States v. Syrax*, 235 F.3d 422, 427 (9th Cir. 2000).

Jonathan Key Tucker is charged with one count of distribution of child pornography, in violation of 18 U.S.C. § 2252(a)(2) (Count I) and one count of receipt of child pornography, in violation of 18 U.S.C. § 2252(a)(2) (Count II). (Doc. 2.) Judge DeSoto recommends that this Court accept Tucker's guilty plea as

1

to Counts I and II after he appeared before her pursuant to Federal Rule of Criminal Procedure 11. The Court finds no clear error in Judge DeSoto's Findings and Recommendation and adopts them in full, including the recommendation to defer acceptance of the Plea Agreement until sentencing when the Court will have reviewed the Plea Agreement and Presentence Investigation Report.

Accordingly, IT IS ORDERED that Judge DeSoto's Findings and Recommendation (Doc. 36) is ADOPTED in full.

IT IS FURTHER ORDERED that Tucker's motion to change plea (Doc. 29) is GRANTED.

IT IS FURTHER ORDERED that Jonathan Key Tucker is adjudged guilty as charged in Counts I and II of the Indictment.

DATED this 15th day of April, 2026.

_____
Dana L. Christensen, District Judge
United States District Court